# United States District Court

## *Southern District of Georgia*

RONDAH SIMMONS

_____
Plaintiff

Case No. _____4:26-cv-0041_____

v.  GEORGIA EYE INSTITUTE OF
THESOUTHEAST,LLC

_____
Defendant

Appearing on behalf of

DEFENDANT

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

This __5th__ day of __March__ , __2026__ .

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:  EMILY E. COSTANZO
_____

Business Address:  FORDHARRISON, LLP
_____
Firm/Business Name

150 3RD AVENUE SOUTH
_____
Street Address

| SUITE 20 10 | NASHVILLE | TN | 37201 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|

615-574-6700
_____
Telephone Number (w/ area code) | Georgia Bar Number

Email Address:  ECOSTANZO(a:)FORDHARRISON.COM